UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RONALD LAMONT SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-CV-205-DDN |
| ) | |
| DUNKLIN COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for leave to proceed in forma pauperis on appeal. Pursuant to 28 U.S.C. § 1915(g), because plaintiff has three strikes under the PLRA (*see* ECF No. 4), his motion to proceed in forma pauperis on appeal will be **DENIED**. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal is **DENIED**. [ECF No. 8]

Dated this 5th day of December, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE